RILEY A. CLAYTON
Nevada Bar No. 005260

**HALL JAFFE & CLAYTON, LLP**
7425 PEAK DR.
LAS VEGAS, NEVADA 89128
(702) 316-4111
FAX (702)316-4114

Attorney for Defendant,
LP Insurance Services and Diana Decker

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GABOR VICZKO, INDIVIDUALLY AND AS TRUSTEE OF THE LETOSKETI TRUST, BALAZS LEVAY,<br><br>Plaintiff,<br><br>vs.<br><br>AM TRUST FINANCIAL, SECURITY NATIONAL INSURANCE CO., L/P INSURANCE SERVICES, INC., DIANA DECKER, AND DOES I - V, AND ROE CORPORATIONS I - V, INCLUSIVE,<br>Defendants. | CASE NO.:   2:19-cv-1018-RFB-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND PLAINTIFFS' MOTION TO REMAND**<br><br>**(First Request)** |

Defendants, L/P Insurance Services, Inc., Diana Decker, Am Trust Financial and Security National Insurance and Plaintiffs, Gabor Vickzo, individually and as trustee of the Letosketi Trust, and Balas Levay, by and through their respective attorneys of record, hereby stipulate that the deadline for Plaintiffs to file their Opposition to Defendants' Motion to Dismiss, filed on July 5, 2019 as ECF No. 8, currently due on July 19, 2019, is to be extended for two weeks, until August 2, 2019.

It is further stipulated that the deadline for Defendants to file their Opposition to Plaintiffs' Motion to Remand, filed on July 15, 2019 as ECF No. 10, currently due on July 29, 2019, is to be extended for two weeks, until August 12, 2019.

Pursuant to LR 6-1, this extension is the first extension requested.  It is being requested as additional time is needed to explore settlement of the entire matter and, if that is unsuccessful, resolving the Motion to Dismiss by allowing the filing of an Amended Complaint to make more specific

1 allegations as required by the Federal Court system which differs from the State Court system where the
2 Complaint was originally filed. In addition, Defendants' counsel is scheduled to conduct depositions
3 outside the State of Nevada, including out of the country, over the next two weeks. This stipulation is
4 entered into in good faith and not for purposes of delay.

DATED this 19th day of July, 2019.

By: */s/ Riley A. Clayton*

HALL JAFFE & CLAYTON, LLP
Riley A. Clayton, Esq.
Nevada Bar No. 005260
7425 Peak Drive
Las Vegas, Nevada 89128
Attorneys for Defendants, L/P Insurance
Services, Inc. and Diana Decker

By: */s/ Sheri M. Thome*

WILSON, ELSER, MOSKOWITZ, EDELMAN
& DICKER, LLP
Sheri M. Thome, Esq.
Nevada Bar No. 008657
300 S. 4th St., 11th Floor
Las Vegas, NV 89101
Attorneys for Defendants, AmTrust Financial
Services, Inc. and Security National Insurance
Company

By: */s/ Thomas Christensen*

CHRISTENSEN LAW OFFICES, LLC
Thomas Christensen, Esq.
Nevada Bar No. 002326
1000 S. Valley View Blvd.
Las Vegas, NV 89107
Attorneys for Plaintiffs

**ORDER**

**IT IS SO ORDERED**.

DATED this 29th day of July, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE